UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ALEXIS PARNELL-DOUGHARTY, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 3:18-CV-00206 |
| EMPEREON MARKETING, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Reschedule the Scheduling Conference and for Extension of Time for Defendant to Answer or Otherwise Respond and Stipulation Regarding Tolling of the Statute of Limitations Pursuant to 29 U.S.C. § 216(b) (Dkt. 54), filed by the Parties. The Court, having considered the Motion, finds that the Motion is well taken and that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** as follows:

1. The Joint Motion to Reschedule the Scheduling Conference and for Extension of Time for Defendant to Answer or Otherwise Respond and Stipulation Regarding Tolling of the Statute of Limitations Pursuant to 29 U.S.C. § 216(b) is **GRANTED**.

2. Defendant's answer/response deadline is extended by 14 days to **November 21, 2018**.

3. The statute of limitations is tolled from August 24, 2018 until **November 21, 2018** for Plaintiffs and all persons who become Class Members in this action.

4. The Scheduling Conference currently set for October 23, 2018 is reset for **December 13, 2018 at 9:30 AM** before Magistrate Judge Andrew Edison, 601 Rosenberg Street, 7th Floor Courtroom, Galveston, TX 77550.

SIGNED at Galveston, Texas, this 11th day of October, 2018.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge