# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| ALEXIS PARNELL-DOUGHARTY, *et al.,* Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:18-cv-00206 |
| v. | § § § | JURY TRIAL DEMANDED |
| EMPEREON MARKETING, LLC and CONSTAR FINANCIAL, LLC | § § § § | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendants. | § | |

## AGREED MOTION FOR CONFIDENTIAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs Alexis Parnell-Dougharty, Monica Silerio, and Joy Henry ("Plaintiffs") and Defendants Empereon Marketing, LLC ("Empereon") and Constar Financial, LLC ("Constar") (collectively "the Parties") have reached a proposed settlement in the above-captioned case, and now jointly move the Court for approval of their proposed Fair Labor Standards Act ("FLSA") settlement agreement.

In support of this Agreed Motion, the Parties are simultaneously filing under seal their Confidential Settlement Agreement, as Exhibit A, which establishes that the Parties' settlement is a fair and reasonable resolution of the Parties' *bona fide* dispute as to FLSA liability and damages. Further, the FLSA settlement fund substantially compensates Plaintiffs and the Settlement Class Members[1] for their alleged unpaid compensation. In addition, the Parties request that this Court approve Plaintiffs' reasonable attorney's fees, case expenses, and service awards.

---

[1] All individuals who deposit their respective Settlement Check(s) as more fully described in Exhibit A.

1

**WHEREFORE**, based upon the above and the Parties' Settlement Agreement, the Parties respectfully request that this Court approve their FLSA settlement agreement, enter the Proposed Order, and dismiss this case with prejudice.

Date:   November 21, 2018

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:   /s/ *Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**Carter T. Hastings**
Federal I.D. No. 3101064
Texas Bar No. 24101879
carter@a2xlaw.com
**George Schimmel**
Federal I.D. No. 2338068
Texas Bar No. 24033039
geordie@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Attorneys in Charge for Plaintiffs and the Putative Class Members***

                                              **THE CAVANAGH LAW FIRM**

By:    /s/ *David A. Selden*
          **David A. Selden**
          Arizona Bar No. 007499
          dselden@cavanaghlaw.com
          1850 North Central Avenue, Suite 2400
          Phoenix, Arizona 85004
          *Admitted Pro Hac Vice*

          ***Attorney-in-Charge for Defendant Empereon Marketing, LLC and Constar Financial, LLC***

Of Counsel:

**Julie A. Pace**
Arizona Bar No. 014585
**THE CAVANAGH LAW FIRM**
1850 North Central Avenue, Suite 2400
Phoenix, Arizona 85004
*Admitted Pro Hac Vice*

**Tarush R. Anand**
Texas Bar No. 24055103
S.D. Tex. No. 712010
tanand@brownsims.com
**Michael D. Williams**
Texas Bar No. 21564330
S.D. Texas Bar No. 6982
mwilliams@brownsims.com
**BROWN SIMS**
1177 West Loops South, Tenth Floor
Houston, Texas 77027

3

## **CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiffs and Defendants have conferred about the substance of this Motion and agree to the relief sought herein.

/s/ *Clif Alexander*
Clif Alexander

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander