United States District Court
Southern District of Texas
**ENTERED**
November 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ALEXIS PARNELL-DOUGHARTY, *et al*, § § Plaintiffs, § VS. § EMPEREON MARKETING, LLC, *et al*, § § Defendants. § § § § § | CIVIL ACTION NO. 3:18-CV-00206 |

## ORDER

Now before the Court is the Agreed Motion for Confidential Approval of Settlement Agreement. Dkt. 67. Having reviewed the motion and the applicable law, this Court hereby **GRANTS** the motion and **ORDERS** that all pending claims in this case be **DISMISSED WITH PREJUDICE**.

SIGNED at Galveston, Texas, this 27th day of November, 2018.

*[signature: George C. Hanks Jr.]*

George C. Hanks Jr.
United States District Judge